UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   ED CV 23-1260-VBF (KS)                                             Date: April 29, 2024

Title   *Ahadi Abu-Al Muhammad v. County of Riverside et al*

Present: The Honorable:   Karen L. Stevenson, Chief United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On June 23, 2023, Plaintiff, a prisoner proceeding *pro se* and *in forma pauperis*, filed a civil rights complaint alleging constitutional violations arising out of his 2018 arrest ("Complaint"). (Dkt. No. 1.). On March 14, 2024, the Court dismissed the Complaint with leave to amend and set a deadline of 30 days for Plaintiff to file a First Amended Complaint ("FAC"). (Dkt. No. 16 at 16.)  The Court also warned Plaintiff in bold letters that the "failure to timely comply with this Order may result in a recommendation of dismissal." (*Id.* at 17.)

Two weeks have now passed since Plaintiff's deadline to file his FAC, and Plaintiff has neither filed the FAC nor requested an extension of time to do so.  Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to comply with the Court's March 14, 2024 Order pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, which provides that an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order."

However, in the interest of justice, Plaintiff is **ORDERED TO SHOW CAUSE on or before May 29, 2024** why the Court should not recommend that the action be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure.  Plaintiff's response to this Order to Show Cause must include <u>either</u>:

(1) a request for an extension of time to file his FAC accompanied by a sworn declaration **that establishes good cause** for both Plaintiff's failure to timely file the FAC and his need for additional time; *or*

(2) a complete FAC that fully complies with the Local Rules, Federal Rules of Civil Procedure, and this Court's orders.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.   CV 23-1260-VBF (KS) | Date: April 29, 2024 |
| Title   *Ahadi Abu-Al Muhammad v. County of Riverside et al* | |

    <u>Alternatively</u>, if Plaintiff concludes he is currently unable to comply with the deadlines necessary for prosecuting this action, Plaintiff may discharge this Order and dismiss this case without prejudice by filing a signed document entitled a "Notice of Voluntary Dismissal" requesting the voluntary dismissal of the action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

    **Plaintiff is expressly cautioned that the failure to respond to this Order <u>WILL</u> result in a recommendation of dismissal based on Rule 41 of the Federal Rules of Civil Procedure.**

**IT IS SO ORDERED.**

| | : |
|---|---|
| **Initials of Preparer** | gr |