UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:23-cv-01260-VBF-KS Date: August 11, 2026

Title *Ahadi Abu-Al Muhammad v. County of Riverside et al.*

Present: The Honorable: Karen L. Stevenson, Chief United States Magistrate Judge

| | |
|---|---|
| Kerri Hays | N/A |
| Deputy Clerk | Court Reporter / Recorder |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Respondents: |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On June 23, 2023, Plaintiff filed a civil rights complaint ("Complaint") alleging constitutional violations arising out of his 2018 arrest in Riverside, California. (Dkt. No. 1.) After numerous screening orders, extensions of time, amended pleadings, and orders to show cause for the failure to prosecute this action, the operative pleading is now the Third Amended Complaint ("TAC"). (Dkt. Nos. 16, 18, 23, 26, 28, 29, 32, 35, 40, 41, 43, 46, 48, 49, 52.)

On May 11, 2026, Defendant County of Riverside filed a Motion to Dismiss the TAC. (Dkt. No. 67.) On May 14, 2026, the individually-named Defendants also filed a Motion to Dismiss the TAC. (Dkt. No. 70.) On May 18, 2026, the Court issued a briefing schedule on both motions. (Dkt. No. 74.) Pursuant to the briefing schedule, Plaintiff's opposition to the motions was due on or before June 17, 2026. (*Id.*) The Court subsequently granted Plaintiff an extension of time to file his opposition, extending the deadline to July 17, 2026. (Dkt. No. 77.)

To date, Plaintiff has not filed an opposition.

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a litigant "fails to prosecute or to comply with these rules or a court order." Thus, the Court could properly recommend dismissal of the action for Plaintiff's failure to comply with the Court's briefing schedule. Additionally, Local Rule 7-12 provides, in pertinent part, that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of [a] motion, . . . ." Consequently, the Court could also properly recommend that the motions be granted based upon Plaintiff's failure to file an opposition by the Court-ordered deadline. *Id.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:23-cv-01260-VBF-KS Date: August 11, 2026

Title *Ahadi Abu-Al Muhammad v. County of Riverside et al.*

However, in the interests of justice, Plaintiff is **ORDERED TO SHOW CAUSE on or before September 1, 2026,** why the Court should not recommend that the action be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure and/or the motions be granted under Local Rule 7-12. Plaintiff's response to this Order to Show Cause must include either: (1) a request for an extension of time to file an opposition accompanied by a sworn declaration **that establishes good cause** for both Plaintiff's failure to timely respond to the motions and his need for additional time; *or* (2) a complete opposition that fully complies with the Local Rules, the Federal Rules of Civil Procedure, and this Court's scheduling order.

Alternatively, if Plaintiff concludes he is currently unable to comply with the deadlines necessary for prosecuting this action, Plaintiff may discharge this Order and dismiss this case without prejudice by filing a signed document entitled a "Notice of Voluntary Dismissal" requesting the voluntary dismissal of the action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**Plaintiff is expressly cautioned that his failure to respond to this Order WILL result in a recommendation of dismissal based on Rule 41 of the Federal Rules of Civil Procedure and/or that the motions be granted under Local Rule 7-12.**

**IT IS SO ORDERED.**

:

**Initials of Preparer** klh